**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**OLLIE LEE EVANS**                                                                       **PLAINTIFF**

**V.**                                                 **NO. 1:11CV155-SA-JMV**

**MRS. BLACKWELL, ET AL.**                                         **DEFENDANTS**

**ORDER**

Before the court is the *pro se* plaintiff's Motion for Summary Judgment (# 15), filed on October 12, 2011. Because the defendants have not yet answered the complaint, the instant motion is terminated without prejudice as premature.

**SO ORDERED** this, the 16th day of December, 2011.

                                                        /s/ Jane M. Virden
                                                        **U. S. MAGISTRATE JUDGE**